GERALDINE INGRAHAM, PLAINTIFF–APPELLANT, v. THE TRAVELERS COMPANIES, DEFENDANT–RESPONDENT.

Argued March 14, 1988—Decided April 21, 1988.

*Darrell Fineman* argued the cause for appellant (*Capizola, Fineman & Kutner,* attorneys; *Darrell Fineman* and *Barbara R. Lapham,* on the briefs).

*Edward H. Keiper* argued the cause for respondent (*Richard A. De Michele,* attorney; *Edward H. Keiper, Arthur E. Donnelly,* and *Katharine Traeger,* on the briefs).

68

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, reported at 217 *N.J.Super.* 126 (1987).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*Opposed*—None.